# IN THE SUPERIOR COURT OF FULTON COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| TRACY KRISTALAKIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGIA DEPARTMENT OF )<br>CORRECTIONS, )<br>)<br>Defendant. ) | CIVIL ACTION FILE NO.<br>2015CV269240 |

## SUPERIOR COURT NOTICE OF REMOVAL

**TO: The Clerk of the Superior Court of Fulton County, State of Georgia; and Jerry A. Lumley, Attorney for Plaintiff.**

Please take notice that on March 16, 2016, Defendant Georgia Department of Corrections ("Defendant" or "Corrections"), Defendant in the above-styled action, by and through counsel, the Attorney General of the State of Georgia, filed in the United States District Court for the Northern District of Georgia, Atlanta Division, a Notice of Removal of this action subject to and without waiving any defenses available to Defendant under state and federal law. Defendant consents to the removal of this action. A copy of the Notice of Removal filed in the United States District Court for the Northern District of Georgia, Atlanta Division is attached hereto as Exhibit "1." Defendant hereby gives notice of such removal in

accordance with the provisions of federal law.  By virtue of said law, this case is now removed to United States District Court for the Northern District of Georgia, Atlanta Division and further proceedings in the Superior Court of Fulton County are stayed.

This 16th day of March, 2016.

Respectfully submitted,

SAMUEL S. OLENS          551540
Attorney General

DENNIS R. DUNN           234098
Deputy Attorney General

ANNETTE M. COWART        191199
Senior Assistant Attorney General


s/Katherine P. Stoff
KATHERINE P. STOFF       536807
Assistant Attorney General

Attorneys for Defendant

PLEASE SERVE:

Katherine P. Stoff
Assistant Attorney General
Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 656-3393
Fax:  (404) 657-9932
Email: kstoff@law.ga.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2016, I have this day electronically filed the foregoing, **SUPERIOR COURT NOTICE OF REMOVAL**, with the Clerk of Court using the E-file Georgia Odyssey System, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Jerry A. Lumley
>Lumley & Harper, LLC
>P.O. Box 27717
>Macon, Georgia 31221
>JLumley@lumleyandharper.com

>>s/Katherine Powers Stoff
>>Katherine Powers Stoff
>>Attorney for Defendant